Court of Appeals for the Sixth Circuit denied. *Harry B. Miller* for petitioners. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 403. CHRISTIE *v.* COHAN ET AL., EXECUTORS, ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Max R. Simon* for petitioner. *Howard E. Reinheimer, Morris L. Ernst* and *Harriet F. Pilpel* for respondents.

No. 408. ORTON ET AL. *v.* GROUP OF INSTITUTIONAL IN-VESTORS ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Helen W. Munsert* for petitioners. *A. N. Whitlock* and *M. L. Bluhm* for Scandrett et al., and *Kenneth F. Burgess* and *Fred N. Oliver* for the Reorganization Committee, respondents.

No. 411. HERMAN *v.* NEW YORK EX REL. FITZGERALD. October 14, 1946. Petition for writ of certiorari to the Appellate Division, Supreme Court, First Judicial Department, of New York, denied. *Sol A. Herzog* for petitioner. *John J. Bennett* for respondent.

No. 420. DOBBINS *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James A. Cobb* and *George E. C. Hayes* for petitioner.